# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE L. ROBERTS, et al., | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION No. 22-00187-KD-MU |
| | ) |
| BENTARIUS FONTA STEWART, et al., | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the verdict of the jury entered May 15, 2025, it is ORDERED, ADJUDGED, and DECREED, that JUDGMENT is entered in favor of Defendants Bentarius Fonta Stewart and Unlimited Deliveries, LLC d/b/a MK Trucking and against Plaintiff Arkyla Miller.

**DONE** and **ORDERED** this **16th** day of **May 2025**.

                                            **/s/ Kristi K. DuBose**
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**