IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE L. ROBERTS, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BENTARIUS FONTA STEWART, et al., )<br>    Defendants. ) | CIVIL ACTION No. 22-00187-KD-MU |

**ORDER**

This action is before the Court on the Suggestion of Bankruptcy filed by Defendant Unlimited Deliveries, LLC d/b/a MK Trucking ("Unlimited"). (Doc. 174). Unlimited provides notice that it is a petitioner in a Chapter 11 bankruptcy case, "and is therefore subject to the automatic stay imposed by 11 U.S.C. § 362." (Id.). Upon consideration, and for the reasons below, this action against Unlimited is **STAYED** pending further order of the Court.

The automatic stay against Unlimited became effective upon its commencement of its Chapter 11 bankruptcy case. 11 U.S.C. § 362(a). This includes a stay on "the commencement or continuation . . . of a judicial . . . action . . . against the debtor that was or could have been commence before the commencement of the [bankruptcy case]." 11 U.S.C. § 362(a)(1). This also includes a stay on "the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the [bankruptcy case]." 11 U.S.C. § 362(a)(2). However, the automatic stay does apply to Defendant Bentarius Fonta Stewart. See, e.g., Am. Prairie Constr. Co. v. Hoich, 560 F.3d 780, 789 (8th Cir. 2009) ("It is well-established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants.").

**DONE** and **ORDERED** this **9th** day of **February 2026**.

                                          /s/ Kristi K. DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**